

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

David B. Turner, Jr.,

                            **Plaintiff,**

                  V.

See Attached

                            **Defendant.**

**Civil Action No.**   16cv0339-WQH-BGS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the court denies Plaintiff's Motion to Proceed IFP (ECF Doc. No.2) as barred by 28 U.S.C. § 1915(g);  Dismisses  this civil action sua sponte without prejudice for failing to prepay the $400 civil and administrative filing fees required by 28 U.S.C. § 1914(a); and Certifies that an IFP appeal from this Order would be frivolous and therefore, not taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). See Coppedge v. United States, 369 U.S. 438, 445 (1962); Gardner v. Pogue, 558 F.2d 548,550 (9th Cir. 1977) (indigent appellant is permitted to proceed IFP on appeal only if appeal would not be frivolous).

**Date:**        3/14/16

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ N. Peltier

                              N. Peltier, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 16cv0339-WQH-BGS

San Diego, County of; San Diego, City of; City of San Diego Police Department, John Doe;County of San Diego Central Jail, G.B.D.F.;County of San Diego Sheriff's Department;County of San Diego Deputy's (3 John Does),
Defendants.